**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  15-cv-00869-REB-NYW

CINDY MITCHELL, an individual,

    Plaintiff,

v.

CITY OF LITTLETON,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Stipulation for Dismissal with Prejudice** [#36],[1] filed March 10, 2016.  After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulation for Dismissal with Prejudice** [#36], filed March 10, 2016, is approved;

    2. That **Plaintiff's Motion To Compel and for Determination of a Question of Law Regarding Kathryn Miller** [#30], filed January 21, 2016, is denied as moot;

    3. That all pending pretrial deadlines are vacated; and

    4. That this action is dismissed with prejudice, with the parties to pay their own attorney fees and costs.

---

[1] "[#36]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

2

Dated March 14, 2016, at Denver, Colorado.

**BY THE COURT:**

*[signature: Bob Blackburn]*

Robert E. Blackburn
United States District Judge